1  Allison C. Worden (SBN 211104)
2  Max E. Halpern (SBN 305097)
   **GOMEZ TRIAL ATTORNEYS**
3  655 W. Broadway, Suite 1700
   San Diego, California 92101
4  Tel:  (619) 237-3490/Fax: (619) 237-3496
5
6  Attorneys for Plaintiff
7  Christine Cameron
8
9              **IN THE UNITED STATES DISTRICT COURT**
10              **FOR THE DISTRICT OF ARIZONA**
11

| | |
|---|---|
| Christine Cameron, | Case No.: 3:17-cv-08082-JJT |
| Plaintiff, | **DECLARATION OF MAX E. HALPERN IN SUPPORT OF PLAINTIFF CHRISTINE CAMERON'S MOTION TO PRECLUDE TESTIMONY FROM DEFENSE EXPERT NANCY MICHALSKI, RN** |
| vs. | |
| Lowes Home Centers, Inc.; and Does 1 through 35, inclusive, | |
| Defendants. | |

20      I, Max E. Halpern, state and declare as follows:

21      1.      I am an attorney at law, duly admitted to practice before the District Court of

22  Arizona.  I am an attorney at Gomez Trial Attorneys, attorneys of record for Plaintiff

23  Christine Cameron.  If called and sworn as a witness to testify I am competent to testify

24  and would testify from my own personal knowledge as to the facts set forth in this

25  declaration.  I make this declaration in support of Plaintiff's Motion to Preclude

26  Testimony from Defense Expert Nancy Michalski, RN.

27  / / /

28  / / /

2.      Attached as **Exhibit 1** is a true and correct copy of Nancy Michalski, RN's Report of Expert Testimony.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30th day of January, 2019 at San Diego, California.

s/Max E. Halpern

GOMEZ TRIAL
ATTORNEYS

# EXHIBIT 1

 Elevate Services, Inc.
201 S. Santa Fe Ave., Suite 100, Los Angeles, CA 90012

May 10, 2018

Kristi Blackwell
Tyson & Mendes, LLP
5661 La Jolla Boulevard
San Diego, CA 920367

Re: Christine Cameron v. Lowe's

Dear Kristi:

This report is in response to your request that I provide a Reasonable Expenses of Medical Care and opinion with regard to charges for services rendered to Christine Cameron. This Reasonable Expenses of Medical Care report is attached as Exhibit A to this correspondence.

The objective of the audit is to analyze the charges of past medical services rendered to Christine Cameron to determine the reasonable market place expense for the same services, in the same year, in the same community for all of the past medical treatment provided.

I am qualified to analyze medical billing and render opinions as an auditor of medical billing based on my education, training, and experience. I received my Bachelor of Science in Nursing from the University of Wisconsin-Madison in 1982 and received my California Registered Nursing license in 1983. I have a certificate in Healthcare Management Development from the University of Southern California conferred in 1989. In 1999, I received my certification as a Legal Nurse Consultant.

As the Director of the Billing Department and Surgical Services of Outpatient Surgical Medical Unit (a surgery center and orthopedic clinic), I have 17 years of experience in establishing medical charges, medical billing, collections, pricing, and third party payer contract negotiations. I was responsible for the medical billing for over 2,000 surgeries and 5,000 patient visits per year. My 20 years of clinical nursing, as well as my experience with coding, research, governmental guidelines for pricing of medical services, and applicable geographic considerations for similar services in the community, provides me with the nursing expertise to audit billing records in the context of clinical settings.

I have further applied this expertise as a Certified Legal Nurse Consultant, Medical Bill Auditor, VP of Med Legal Services and Co-Founder of Elevate to the analysis of medical records and auditing of medical bills for the past 15 years. My qualifications, education, and experience are set forth in the attached Curriculum Vitae, Exhibit B.

I have attached the most current list of all cases in which I have testified either at trial or by deposition in the last four years, Exhibit C.

Compensation to be paid for my time related to your request in this case is my current fee of $165.00 per hour for bill compilation, valuation, and/or billing audit, $450.00 per hour for deposition testimony, and $1,800.00 for a half day and $3,600.00 for a full day to testify at trial.

You have requested my statement in the form of the Reasonable Expenses of Medical Care (Exhibit A) regarding my opinions in this case as well as the basis for my opinions. I will testify concerning reasonable expenses associated with past medical care to Christine Cameron.

Cameron/Lowes 001420
Tyson & Mendes, LLP

EXHIBIT 1-001

Christine Cameron v. Lowe's
Case No. 3:17-CV-08082-JJT

I have reviewed the past medical bills from the providers noted in the attached Reasonable Expenses of Medical Care contained within the following files provided for review:

- 00001 Lowes incident report.PDF
- 00005-00007 Photos.PDF
- Complaint.PDF
- DF's 2nd supp resp to MID.PDF
- First Chiropractic.pdf
- Foot x-rays.pdf
- Gloria Shurman  Ph.D..pdf
- Jonathan Schleimer  MD.pdf
- Joseph Shurman  MD.pdf
- La Jolla Ortho Surgical Center.pdf
- Medical bills.pdf
- Palo Verde Foot and Ankle.pdf
- Photos.pdf
- PL's resp to interrogs.PDF
- PL's resp to MID.PDF
- Rancho Del Mar Physical Therapy.pdf
- Scott Boggs  DPM.pdf
- Torrey Pines Ortho Medical Group.pdf
- Valley View Medical Center.pdf
- Werchau Loren Therapy.pdf
- Western AZ Reg Medical Center.pdf
- 00120-00132 SDT Resp. - Bullhead City Fire Dept (01273310xDBB43).PDF
- 00133-00141 SDT Resp. - La Jolla Orthopaedic Surgical Center (01273311xDBB43).PDF
- 00142-00155 SDT Resp. - Momentum Billing (01273312xDBB43).PDF
- 00156-00205 SDT Resp. - Nabila Aslam MD (01273313xDBB43).PDF
- 00206-00231 SDT Resp. - Palo Verde Foot  Ankle (01273307xDBB43).PDF
- 00232-00254 SDT Resp. - Rancho Del Mar Physcial Therapy (01273308xDBB43).PDF
- 00255-00258 SDT Resp. - Scripps Health (01273309xDBB43).PDF
- 20180412111302820.pdf
- Cameron.Disclosure of Expert Witnesses.04-02-18 (01412753xDBB43).pdf
- SDT Resp. - CVS Caremark (03.26.18) (01374454xDBB43).PDF



Cameron/Lowes 001421
Tyson & Mendes, LLP

EXHIBIT 1-002

- SDT Resp. - Scott Boggs (02.13.18) (01295585xDBB43).PDF

- SDT Resp. - Blue Cross of California (03.27.18) (01374339xDBB43).PDF

- SDT Resp. - Jonathan Schleimer MD (02.13.18) (01291221xDBB43).PDF

- SDT Resp. - La Jolla Orthopedic Surgical Center (01.18.18) (01288315xDBB43).PDF

- SDT Resp. - Torrey Pines Orthopedic Medical Group (12.01.17) (01168729xDBB43).PDF

- SDT Resp. - TriState Orthopedic (02.16.18) (01309553xDBB43).PDF

- SDT Resp. - Valley View Medical Center (02.02.18) (01282372xDBB43).PDF

Upon review of the above-referenced records, I determined reasonable and customary expenses for medical services performed by the various providers in order to ascertain the reasonable expenses of services rendered in the past to Christine Cameron relating to this litigation. I will testify regarding the reasonable expense of medical services rendered in the past for Ms. Cameron based on medical procedures, treatment, and diagnostic services that were compared to the standard healthcare financial protocols to evaluate the usual and customary expense of the medical services utilizing a variety of texts and online sources.

My methodology in determining the reasonable and customary medical expenses as set forth in the attached Reasonable Expenses of Medical Care, and the resources I utilized for the calculations, are as follows but not limited to:

Professional services are reviewed based on Current Procedural Terminology (CPT) coding and audited utilizing the Physicians' Fee Reference at the 75th percentile for Usual and Customary. The CPT codes are reviewed for National Correct Coding Initiative (NCCI) edits and American Medical Association (AMA) coding guidelines for proper use of CPT codes. Codes with associated NCCI edits or restrictions are audited accordingly. The Physicians' Fee Reference is used to establish professional service values. The Physicians' Fee Reference displays its fee information using percentiles at the 50th, 75th, and 90th percentiles. The 75th percentile is defined as the dollar amount for which three quarters of all of the fee amounts in the universe of all fees for that procedure are lower than or equal to, while the other quarter are greater. The 75th percentile is utilized because it is the mid-range of the pricing options, and although the 50th percentile is the median of national billing practices, the 75th percentile is a generous representation of market values.

The anesthesia charge is calculated by adding base units, time units, and modifying units, multiplied by the conversion factor ([base units + time units + modifying units] x conversion factor = anesthesia charge). Anesthesia base units are Current Procedural Terminology (CPT) code driven; time units are based on 15-minute increments with fractions of time rounded to the next whole number; and modifying units are based on the CPT codes representing qualifying special circumstances impacting the anesthesia services. Anesthesia time commences when the anesthesiologist begins to prepare the patient and ends when the anesthesiologist is no longer in attendance. Anesthesia or operative notes indicate anesthesia start and stop time. The primary resource for coding anesthesia is the CPT Professional Edition resource. The base unit values are sourced from the Federal Register and are used commercially for determining the base value for the anesthesia calculation. Modifying units account for conditions that may affect anesthesia, such as anesthesia provided in an emergency or the patient's health condition. The conversion factor is sourced from the Federal Register to provide the final piece of the calculation, and is necessary for determining the value specific to the geographic area. The Moderate Sedation charges are reviewed based on CPT coding and audited utilizing the Physicians' Fee Reference at the 75th percentile for Usual and Customary. The CPT codes are also reviewed for National



Cameron/Lowes 001422
Tyson & Mendes, LLP

EXHIBIT 1-003

Correct Coding Initiative (NCCI) edits and American Medical Association (AMA) coding guidelines for proper use of CPT coding.  Codes with associated NCCI edits or restrictions are audited accordingly.

The market value for Outpatient and Ambulatory Surgical Center services is based on the Ambulatory Payment Classification (APC).  If a CPT code is used instead of the APC code, it is reviewed for National Correct Coding Initiative (NCCI) Edits and American Medical Association (AMA) coding guidelines for proper use of CPT coding and is correlated to the appropriate APC number.  The outpatient fee schedule is then applied for pricing.  Codes with associated NCCI edits or restrictions are audited accordingly.  The outpatient provisions included in the facility services are use of operating suite, use of recovery room, use of observation bed, anesthesia, supplies and equipment for anesthesia administration, and monitoring or sedation.  These include intraocular lenses; incidental services; capital related costs; implantable items used in connection with diagnostic x-ray tests, laboratory tests, and other diagnostic tests; durable medical equipment that is implantable; and implantable prosthetic devices.  Implanted hardware and prosthetic implants are audited based on the Healthcare Common Procedure Coding System (HCPCS) code if applicable.  If an HCPCS code is not available, the maximum allowable levels will be based on acquisition costs for implants when the bill is accompanied by a copy of the original invoice reflecting invoice cost, less applicable discounts.  The results are validated utilizing database research for the APC code in the geographic location where the services were performed.

Inpatient services are reviewed utilizing the Diagnosis-Related Group (DRG).  The value of inpatient services is calculated based on the billed charges, length of stay, DRG code, and discharge status.  Billed charges are ascertained from the billing documentation.  Length of stay is identified in the medical and billing documentation.  DRG codes are assigned by the facility provider and abstracted from completed UB-04 forms.  When a DRG code is not associated with the billing documents, the appropriate DRG code is assigned based on medical record documentation, diagnosis codes, and CPT codes.  The discharge status is assigned through standard classification system.  These four pieces of information are populated into the DRG calculation formula resulting in the DRG global value.  The results are validated utilizing database research for the DRG code in the geographic location where the services were performed.

Based on all of the above, as well as my education, training, and experience, I will testify that the reasonable and customary expenses of past medical care received from the medical providers contained in the attached reports for Christine Cameron, as it relates to the incident of February 3, 2016, is estimated to be $18,233.73.

I expect that the exhibits that will be used at trial to summarize and support my opinions will be the pertinent records as noted above, the Reasonable Expenses of Medical Care (Exhibit A), my Curriculum Vitae (Exhibit B), the list of cases in which I have testified in the last four years (Exhibit C), records that I expect to receive or have received regarding Christine Cameron, and my general research about which I routinely testify.

I reserve the right to change my opinions accordingly should new and/or additional information be presented to me as trial approaches and you require further opinion(s) regarding the reasonable expense of Christine Cameron's care and treatment.



Cameron/Lowes 001423
Tyson & Mendes, LLP

EXHIBIT 1-004

Respectfully Submitted,



Nancy Fraser Michalski, R.N.

NF: cg

Enclosures

Cameron/Lowes 001424
Tyson & Mendes, LLP

EXHIBIT 1-005



# Reasonable Expenses of Medical Care

## Christine Cameron

May 10, 2018

Cameron/Lowes 001425
Tyson & Mendes, LLP

EXHIBIT 1-006



# Reasonable Expenses of Medical Care

**Medical Case Assessment Program®**

## Case Reference

| | |
|---|---|
| **Name:** | Christine Cameron |
| **Claim Number:** | Not Provided |
| **File Number:** | Not Provided |
| **Date of Birth:** | September 18, 1951 |
| **Date of Claimed Injury:** | February 3, 2016 |
| **Claimed Injury:** | Left foot |
| **Mechanism of Injury:** | Tiles fell on left foot |

Cameron/Lowes 001426
Tyson & Mendes, LLP

EXHIBIT 1-007



## Overview

I was asked to determine the reasonable expenses of medical care rendered by the following providers to Christine Cameron in connection with the subject accident.

Christine Cameron, a 64-year-old at the time of the accident, had tiles fall on her left foot and reportedly sustained a left foot injury.  She was transported by ambulance to Western Arizona Regional Medical Center.  She subsequently had podiatry services, chiropractic and physical therapy, psychotherapy, diagnostic and nerve conduction studies, and pain management injections in 2016 and 2017.

Based on standardized fee references for the medical services provided, and in comparison with nationally published databases, it is my opinion to a reasonable degree of certainty that $18,233.73 is the total reasonable expenses of the services provided.  This conclusion is summarized, provider by provider, below.  I reserve the right to supplement this report and to expand or modify opinions based on review of additional material as it becomes available through ongoing discovery or investigation.

The billing records of Tri-State Orthopedic Institute were reviewed but not audited because the charges were for bilateral knee osteoarthritis and do not appear related to the subject accident.

Cameron/Lowes 001427
Tyson & Mendes, LLP

EXHIBIT 1-008



## Provider Summary

| Name | Specialty | Starting Date of Treatment | Ending Date of Treatment | Amount Billed | Reasonable Expense | Comments |
|------|-----------|---------------------------|-------------------------|---------------|--------------------|----------|
| Bullhead City Fire Department | Ambulance Services | 02/03/16 | 02/03/16 | $1,113.17 | $1,113.17 | Charges were for emergency medical services/ambulance transport, ALS (advanced life support), and mileage.<br><br>The reasonable expense for ambulance services is based on billed charges in comparison to average charges for the geographical area. |
| Western Arizona Regional Medical Center<br><br>Linda Assaf, D.O. | Emergency Medicine | 02/03/16 | 02/03/16 | $1,213.00 | $1,035.66 | Charges were physician fees for an emergency department visit.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| Scott I. Boggs, D.P.M. | Podiatry | 02/10/16 | 03/24/16 | $1,205.00 | $970.45 | Charges were for office visits, review of foot x-rays, and durable medical equipment.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001428
Tyson & Mendes, LLP

EXHIBIT 1-009



## Provider Summary

| Name | Specialty | Starting Date of Treatment | Ending Date of Treatment | Amount Billed | Reasonable Expense | Comments |
|---|---|---|---|---|---|---|
| First Chiropractic<br><br>Kara J. Holden, D.C.<br>Derek Price, D.C. | Chiropractic | 02/11/16 | 06/26/17 | $1,803.25 | $1,357.60 | Charges were for 2 sessions of chiropractic therapy.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary, and ODG (Official Disability Guidelines).<br><br>Session 1: 02/11/16 to 10/21/16. There were 17 visits provided in a 36-week period.  Based on ODG, charges in excess of 10 visits are considered in excess of treatment guidelines.<br><br>Session 2: 02/27/17 to 06/26/17. There were 8 visits provided in a 17-week period.  Based on ODG, services were provided within treatment guidelines. |
| Palo Verde Foot and Ankle, PLLC<br><br>Scott A. Crampton, D.P.M. | Podiatry | 04/20/16 | 06/09/16 | $400.00 | $488.34 | Charges were for office visits.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001429
Tyson & Mendes, LLP

EXHIBIT 1-010



## Provider Summary

| Name | Specialty | Starting Date of Treatment | Ending Date of Treatment | Amount Billed | Reasonable Expense | Comments |
|------|-----------|---------------------------|--------------------------|---------------|--------------------|----------|
| Joseph Shurman, M.D. | Pain Management | 07/20/16 | 04/19/17 | $3,905.00 | $3,850.45 | Charges were for office visits and drug screen.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| L J Torrey Pines Orthopaedic Medical Group, Inc.<br><br>David J. Dalstrom, M.D. | Orthopedics | 07/21/16 | 07/21/16 | $340.00 | $363.95 | Charges were for office visit.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary.<br><br>This provider also billed for unrelated medical services, which were reviewed but not included in this audit. |
| San Diego Nerve Study Center | Neurology | 07/21/16 | 06/29/17 | $1,416.87 | $1,797.54 | Charges were for office visits, nerve conduction study, and needle electromyography.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001430
Tyson & Mendes, LLP

EXHIBIT 1-011



## Provider Summary

| Name | Specialty | Starting Date of Treatment | Ending Date of Treatment | Amount Billed | Reasonable Expense | Comments |
|------|-----------|---------------------------|--------------------------|---------------|--------------------|----------|
| Gloria M. Shurman, Ph.D. | Psychology | 08/10/16 | 05/11/17 | $5,475.00 | $3,864.86 | Charges were for an initial diagnostic interview and psychotherapy sessions.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| La Jolla Orthopaedic Surgery Center | Outpatient Surgery Center | 08/12/16 | 09/13/16 | $4,480.00 | $1,238.22 | Charges were for the facility fees for two lumbar sympathetic ganglion blocks.<br><br>The reasonable expense is based on APC (Ambulatory Payment Classification) 5442 for outpatient services. |

Revision May 10, 2018

7

Cameron/Lowes 001431
Tyson & Mendes, LLP

EXHIBIT 1-012



## Provider Summary

| Name | Specialty | Starting Date of Treatment | Ending Date of Treatment | Amount Billed | Reasonable Expense | Comments |
|------|-----------|----------------------------|--------------------------|---------------|--------------------|----------|
| RDM Physical Therapy, Inc. | Physical Therapy | 09/08/16 | 11/02/16 | $491.00 | $707.79 | Charges were for physical therapy visits.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary, and ODG (Official Disability Guidelines).<br><br>There were a total of 5 visits provided in an 8-week period.  Based on ODG, services were provided within treatment guidelines. |
| Valley View Medical Center | Medical Center | 09/20/16 | 11/30/16 | $4,250.40 | $1,445.70 | Charges were for aquatic therapy visits.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| **Totals** | | | | **$26,092.69** | **$18,233.73** | |

Cameron/Lowes 001432
Tyson & Mendes, LLP

EXHIBIT 1-013



## Scott I. Boggs, D.P.M.

| Provider Address: | P.O. Box 11156, Belfast ME 04915-4002 / Service Location: 5221 South Highway 95, Suite 10, Fort Mohave, AZ 86426 |
|---|---|
| Provider Phone Number: | 928-788-3668 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/16 | Scott I. Boggs, D.P.M. | 825.22 (Cl fracture of navicular; scaphoid, foot), S92.256A (Non-displaced fracture of navicular of left foot) | (Foot x-ray, 3 views) | 73630 | | | $65.00 | $103.00 | 0.967 | $99.60 | $0.00 | $38.32 | $26.68 | |
| 02/10/16 | Scott I. Boggs, D.P.M. | 825.22, S92.256A | (Office visit, new patient) | 99203 | | | $150.00 | $225.00 | 0.967 | $217.58 | $0.00 | $53.90 | $96.10 | |
| 02/10/16 | Scott I. Boggs, D.P.M. | 825.22, S92.256A | (Walking boot) | L4386 | | | $550.00 | $147.53 | 1.000 | $147.53 | $0.00 | $404.07 | $145.93 | The reasonable expense is based on the DMEPOS (durable medical equipment/ prosthetics, orthotics/supplies) fee schedule. |
| 02/22/16 | Scott I. Boggs, D.P.M. | 825.22, S92.256D (Non-displaced fracture of unspcfd foot) | (Office visit, established patient) | 99213 | | | $125.00 | $140.00 | 0.967 | $135.38 | $0.00 | $60.55 | $64.45 | |

Cameron/Lowes 001433
Tyson & Mendes, LLP

EXHIBIT 1-014



**Scott I. Boggs, D.P.M.**

| Provider Address: | P.O. Box 11156, Belfast ME 04915-4002 / Service Location: 5221 South Highway 95, Suite 10, Fort Mohave, AZ 86426 |
|---|---|
| Provider Phone Number: | 928-788-3668 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/11/16 | Scott I. Boggs, D.P.M. | 825.22, S92.256D, 337.22 (Reflex sympathetic dystrophy, left), G90.522 (Complex regional pain syndrome 1 of left lwr limb), 838.13/ S93.326D (Open dislocation of tarsomet- atarsal; joint) | (Foot x-ray, 3 views) | 73630 | | | $65.00 | $103.00 | 0.967 | $99.60 | $0.00 | $38.32 | $26.68 | |
| 03/11/16 | Scott I. Boggs, D.P.M. | 825.22, S92.256D, 337.22, G90.522, 838.13/ S93.326D | (Office visit, established patient) | 99213 | | | $125.00 | $140.00 | 0.967 | $135.38 | $0.00 | $60.55 | $64.45 | |
| 03/24/16 | Scott I. Boggs, D.P.M. | 825.22, S92.256D, 337.22, G90.522, 838.13/ S93.326D | (Office visit, established patient) | 99213 | | | $125.00 | $140.00 | 0.967 | $135.38 | $0.00 | $60.55 | $64.45 | |
| | | | | | | | | | | | | | | The source of the third party payment/adjustment is Blue Cross/Blue Shield of Arizona. |
| **Totals** | | | | | | | **$1,205.00** | | | **$970.45** | **$0.00** | **$716.26** | **$488.74** | |

Cameron/Lowes 001434
Tyson & Mendes, LLP

EXHIBIT 1-015



**Scott I. Boggs, D.P.M.**

| Provider Address: | P.O. Box 11156, Belfast ME 04915-4002 / Service Location: 5221 South Highway 95, Suite 10, Fort Mohave, AZ 86426 |
|---|---|
| Provider Phone Number: | 928-788-3668 |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page number 220, 326.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page numbers 47, 49, 507.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page numbers 341, 505, 506.

Cameron/Lowes 001435
Tyson & Mendes, LLP

EXHIBIT 1-016



## Bullhead City Fire Department

| Provider Address: | 1260 Hancock Road, Bullhead City, AZ 86442 |
|---|---|
| Provider Phone Number: | 928-758-3971 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/16 | Bullhead City Fire Department | M79.672 (Pain in left foot) | ALS base charge | A0427 | 1 | | $1,080.57 | $1,080.57 | 1.000 | $1,080.57 | $0.00 | $0.00 | $1,080.57 | The reasonable expense for ALS (advanced life support) is based on billed charges in comparison to average charges for the geographical area. |
| 02/03/16 | Bullhead City Fire Department | M79.672 | Mileage charges | A0425 | 2 | | $32.60 | $32.60 | 1.000 | $32.60 | $0.00 | $0.00 | $32.60 | The reasonable expense for mileage is based on billed charges in comparison to average charges for the geographical area. |
| **Totals** | | | | | | | **$1,113.17** | | | **$1,113.17** | **$0.00** | **$0.00** | **$1,113.17** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Ambulance Fee Schedule 2016 U.S. Department of Health and Human Services. Web.

Cameron/Lowes 001436
Tyson & Mendes, LLP

EXHIBIT 1-017



## First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/11/16 | Kara J. Holden, D.C. | M99.01 (Segmntl and somatic dysfunction of cerv region), M54.2 (Cervicalgia), M99.02 (Segmntl and somatic dysfunction of thoracic region), M54.6 (Pain in thoracic spine) | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 02/11/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 02/22/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 02/22/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 03/01/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |

Cameron/Lowes 001437
Tyson & Mendes, LLP

EXHIBIT 1-018



## First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 03/09/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 03/09/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 04/01/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 04/01/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 05/06/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 05/06/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |

Cameron/Lowes 001438
Tyson & Mendes, LLP

EXHIBIT 1-019



Reasonable Expenses of Medical Care
Christine Cameron



## First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 05/16/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 05/20/16 | Derek Price, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 05/20/16 | Derek Price, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 05/31/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |
| 05/31/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 06/10/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $59.95 | - | - | - | |

Cameron/Lowes 001439
Tyson & Mendes, LLP

EXHIBIT 1-020



## First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $34.81 | - | - | - | For auditing purposes, CPT (Current Procedural Terminology) code 97014 was applied based on the description of services. |
| 06/15/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $0.00 | - | - | - | ODG (Official Disability Guidelines) treatment recommendations for diagnosis code M99.01 (Segmental and somatic dysfunction of cervical region) are 10 visits over 3-8 weeks.  The therapy services beyond 6/10/16 are considered outside of treatment guidelines. |
| 06/15/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 06/15/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Dirdepbn (direct deposit bonus) | Not Provided | 1 | | $0.30 | $0.00 | 0.967 | $0.00 | - | - | - | Charges were not for a medical service or treatment. |
| 06/17/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 06/17/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 06/17/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Dirdepbn (direct deposit bonus) | Not Provided | 1 | | $0.30 | $0.00 | 0.967 | $0.00 | - | - | - | Charges were not for a medical service or treatment. |

Cameron/Lowes 001440
Tyson & Mendes, LLP

EXHIBIT 1-021



## First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Etpincen (ETP incentive bonus) | Not Provided | 1 | | $0.68 | $0.00 | 0.967 | $0.00 | | | - | Charges were not for a medical service or treatment. |
| 06/28/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 06/28/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 06/28/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Dirdepbn (direct deposit bonus) | Not Provided | 1 | | $0.30 | $0.00 | 0.967 | $0.00 | - | - | - | Charges were not for a medical service or treatment. |
| 06/28/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Etpincen (ETP incentive bonus) | Not Provided | 1 | | $0.68 | $0.00 | 0.967 | $0.00 | - | - | - | Charges were not for a medical service or treatment. |
| 07/11/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 07/11/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 07/11/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Dirdepbn (direct deposit bonus) | Not Provided | 1 | | $0.29 | $0.00 | 0.967 | $0.00 | - | - | - | Charges were not for a medical service or treatment. |

Cameron/Lowes 001441
Tyson & Mendes, LLP

EXHIBIT 1-022



## First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Etpincen (ETP incentive bonus) | Not Provided | 1 | | $0.66 | $0.00 | 0.967 | $0.00 | | | - | Charges were not for a medical service or treatment. |
| 07/15/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 3-4 spinal | 98941 | 1 | | $56.00 | $62.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 07/15/16 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | Electric muscle stim | G0283 | 1 | 97014 | $34.00 | $36.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 09/26/16 | Kara J. Holden, D.C. | M99.01, M54.2 | CMT 1-2 spinal | 98940-AT | 1 | | $46.00 | $53.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 09/26/16 | Kara J. Holden, D.C. | M99.01, M54.2 | Docu assessment and docu care | G8539 | 1 | | $0.01 | $0.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 09/26/16 | Kara J. Holden, D.C. | M99.01, M54.2 | ODI positive and follow up plan | G8370 | 1 | | $0.01 | $0.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 10/21/16 | Kara J. Holden, D.C. | M99.01, M54.2 | CMT 1-2 spinal | 98940-AT | 1 | | $46.00 | $53.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 10/21/16 | Kara J. Holden, D.C. | M99.01, M54.2 | Docu assessment and docu care | G8539 | 1 | | $0.01 | $0.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 10/21/16 | Kara J. Holden, D.C. | M99.01, M54.2 | ODI positive and follow up plan | G8730 | 1 | | $0.01 | $0.00 | 0.967 | $0.00 | - | - | - | The therapy services beyond 06/10/16 are considered outside of treatment guidelines. |
| 02/27/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | Second session of physical therapy begins. |

Cameron/Lowes 001442
Tyson & Mendes, LLP

EXHIBIT 1-023



## First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/12/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | |
| 04/19/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | |
| 04/26/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | |
| 05/03/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | |
| 06/05/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | |
| 06/12/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | |
| 06/26/17 | Kara J. Holden, D.C. | M99.01, M54.2, M99.02, M54.6 | CMT 1-2 spinal | 98940 | 1 | | $46.00 | $53.00 | 0.967 | $51.25 | $0.00 | $16.00 | $30.00 | |
| | | | | | | | | | | | | | | The source of third party adjustment is Co-Op Connection Program Discount. |
| Totals | | | | | | | $1,803.25 | | | $1,357.60 | $0.00 | $128.00 | $240.00 | |

Cameron/Lowes 001443
Tyson & Mendes, LLP

EXHIBIT 1-024



### First Chiropractic

| Provider Address: | 1868 Highway 95, Bullhead City, AZ 86442-6804 |
|---|---|
| Provider Phone Number: | 928-763-8313 |

Sources:

Find A Code LLC "Find A Code" Medical and Billing Resource. Web.

Official Disability Guidelines. Work Loss Data Institute. MCG Health. Web.

Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page numbers 321, 323.

Physicians' Fee Reference 2017. 34th ed. Milwaukee: Yale Wasserman DMD Medical, 2017. Print.  Page number 323.

Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page numbers 763, 768, 869.

Davis, James B. Medical Fees. 2017 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2017. EBook.  Page number 770.

OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page numbers 486, 486.

OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2017. Print.  Page number 513.

Cameron/Lowes 001444
Tyson & Mendes, LLP

EXHIBIT 1-025



## La Jolla Orthopaedic Surgery Center

| Provider Address: | 4120 La Jolla Village Drive, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-657-0055 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/12/16 | Lars Newsome, M.D. | Not Provided | Injection sympathetic | 64520 | | APC 5442 | $2,240.00 | $585.17 | 1.058 | $619.11 | $2,046.90 | $112.00 | $81.10 | The reasonable expense is based on APC (Ambulatory Payment Classification) 5442 for outpatient services. |
| 09/13/16 | Lars Newsome, M.D. | Not Provided | Injection sympathetic | 65420 | | APC 5442 | $2,240.00 | $585.17 | 1.058 | $619.11 | $234.82 | $1,883.87 | $121.31 | The reasonable expense is based on APC (Ambulatory Payment Classification) 5442 for outpatient services. |
| | | | | | | | | | | | | | | The sources of third party payment/adjustment are Blue Cross and Medicare. |
| **Totals** | | | | | | | **$4,480.00** | | | **$1,238.22** | **$2,281.72** | **$1,995.87** | **$202.41** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
AHD. American Hospital Directory. Web.
Ambulatory Payment Classification 2016 U.S. Department of Health and Human Services. Web.

Cameron/Lowes 001445
Tyson & Mendes, LLP

EXHIBIT 1-026



**LJ Torrey Pines Orthopaedic Medical Group, Inc. / David J. Dalstrom, M.D. & David R. Hackley, M.D.**

| Provider Address: | 9850 Genesee Avenue, Suite 210, La Jolla, CA 92037-1206 |
|---|---|
| Provider Phone Number: | 858-535-1075 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/16 | David J. Dalstrom, M.D. | S84.12XA (Injury of peroneal nerve at lwr leg lvl, left leg, init encntr) | NP/OV-OP / moderate compl | 99204 | | | $340.00 | $344.00 | 1.058 | $363.95 | - | - | - | |
| **Totals** | | | | | | | **$340.00** | | | **$363.95** | **-** | **-** | **-** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page number 326.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page number 48.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page number 505.

Cameron/Lowes 001446
Tyson & Mendes, LLP

EXHIBIT 1-027



Reasonable Expenses of Medical Care
Christine Cameron



## Palo Verde Foot And Ankle, PLLC / Scott A. Crampton, D.P.M.

| Provider Address: | 3003 Highway 95, Suite 41, Bullhead City, AZ 86442 |
| Provider Phone Number: | 928-758-3338 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/20/16 | Scott A. Crampton, D.P.M. | S92.252A (Displaced fracture of navicular [scaphoid] left foot), G57.72 (Causalgia of left lwr limb), M79.672 (Pain in left foot) | Office visit, new patient (level 3) | 99203 | 1 | | $192.00 | $225.00 | 0.967 | $217.58 | $6.49 | $95.90 | $89.61 | |
| 05/16/16 | Scott A. Crampton, D.P.M. | S92.252A, M79.672, G57.72 | Office visit, new patient (level 3) | 99213 | 1 | | $104.00 | $140.00 | 0.967 | $135.38 | $58.00 | $39.55 | $6.45 | |
| 06/09/16 | Scott A. Crampton, D.P.M. | S92.252A, M79.672, G57.72 | Office visit, new patient (level 3) | 99213 | 1 | | $104.00 | $140.00 | 0.967 | $135.38 | $58.00 | $39.55 | $6.45 | |
| | | | | | | | | | | | | | | The source of third party payment/adjustment is Blue Cross/Blue Shield. |
| **Totals** | | | | | | | **$400.00** | | | **$488.34** | **$122.49** | **$175.00** | **$102.51** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print. Page number 326.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook. Page numbers 47, 49.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print. Page numbers 505-506.

Cameron/Lowes 001447
Tyson & Mendes, LLP

EXHIBIT 1-028



## RDM Physical Therapy, Inc. (Rancho Del Mar Physical Therapy)

| Provider Address: | 3790 Via De La Valle, Suite 205, Del Mar, CA 92014 |
|---|---|
| Provider Phone Number: | 858-350-6500 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/08/16 | Tracey L. King, D.P.T | (M79.672 [Pain in left foot], M25.572 [Pain in left ankle and joints of left foot], G90.522 [Complex regional pain syndrome of left lwr limb]) | (Mobility: walking/moving around functional limitation) | G8979 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only. A reasonable expense does not apply. |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Mobility: walking/moving around functional limitation) | G8978 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only. A reasonable expense does not apply. |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Pain assessment documented) | G8730 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only. A reasonable expense does not apply. |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Functional outcome assessment) | G8539 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only. A reasonable expense does not apply. |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Eligible clinician attests) | G8427 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only. A reasonable expense does not apply. |

Cameron/Lowes 001448
Tyson & Mendes, LLP

EXHIBIT 1-029



## RDM Physical Therapy, Inc. (Rancho Del Mar Physical Therapy)

| Provider Address: | 3790 Via De La Valle, Suite 205, Del Mar, CA 92014 |
| --- | --- |
| Provider Phone Number: | 858-350-6500 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (BMI is documented above normal parameters) | G8417 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only. A reasonable expense does not apply. |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Therapeutic exercise) | 97110 | (1) | | $40.00 | $63.00 | 1.058 | $66.65 | $0.00 | $14.45 | $25.55 | |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Physical therapy evaluation) | 97001 | | | $150.00 | $165.00 | 1.058 | $174.57 | $0.00 | $70.96 | $79.04 | |
| 09/08/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Patient screened for future fall risk) | 1101F | | | $0.00 | $0.00 | 1.058 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 10/04/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Therapeutic exercise) | 97110 | (1) | | $40.00 | $63.00 | 1.058 | $66.65 | $26.71 | $6.47 | $6.82 | |
| 10/06/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Manual therapy) | 97140 | | | $50.00 | $63.00 | 1.058 | $66.65 | $18.66 | $26.58 | $4.76 | |
| 10/06/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Therapeutic exercise) | 97110 | (1) | | $40.00 | $63.00 | 1.058 | $66.65 | $26.71 | $6.47 | $6.82 | |
| 10/27/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Therapeutic exercise) | 97110 | (2) | | $80.00 | $126.00 | 1.058 | $133.31 | $46.75 | $21.32 | $11.93 | |
| 11/02/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Mobility: walking/ moving around functional limitation) | G8979 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only. A reasonable expense does not apply. |

Cameron/Lowes 001449
Tyson & Mendes, LLP

EXHIBIT 1-030

 **elevate**

## RDM Physical Therapy, Inc. (Rancho Del Mar Physical Therapy)

| Provider Address: | 3790 Via De La Valle, Suite 205, Del Mar, CA 92014 |
| --- | --- |
| Provider Phone Number: | 858-350-6500 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/02/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Mobility: walking/ moving around functional limitation) | G8978 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only.  A reasonable expense does not apply. |
| 11/02/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Pain assessment documented) | G8730 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only.  A reasonable expense does not apply. |
| 11/02/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Functional outcome assessment) | G8539 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only.  A reasonable expense does not apply. |
| 11/02/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Eligible clinician attests) | G8427 | | | $1.00 | $0.00 | 1.058 | $0.00 | $0.00 | $1.00 | $0.00 | This CPT (Current Procedural Terminology) code is used for reporting purposes only.  A reasonable expense does not apply. |
| 11/02/16 | Tracey L. King, D.P.T | (M79.672, M25.572, G90.522) | (Therapeutic exercise) | 97110 | (2) | | $80.00 | $126.00 | 1.058 | $133.31 | $46.75 | $21.32 | $11.93 | |
| | | | | | | | | | | | | | | The source of the third party payment/adjustment is unknown. |
| **Totals** | | | | | | | **$491.00** | | | **$707.79** | **$165.58** | **$178.57** | **$146.85** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Official Disability Guidelines. Work Loss Data Institute. MCG Health. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print. Page numbers 320-321.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page numbers 763-765.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page numbers 486-487.

Revision May 10, 2018

Cameron/Lowes 001450
Tyson & Mendes, LLP

EXHIBIT 1-031





### San Diego Nerve Study Center

| Provider Address: | 9850 Genesee Avenue, Suite 750, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-554-1644 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/16 | San Diego Nerve Study Center | Not Provided | (Office visit new patient) | 99202 | | | $142.00 | $149.00 | 1.058 | $157.64 | $142.00 | $0.00 | $0.00 | |
| 07/21/16 | San Diego Nerve Study Center | Not Provided | (Nerve conduction studies; 7-8 studies) | 95910 | | | $562.37 | $605.00 | 1.058 | $640.09 | $562.37 | $0.00 | $0.00 | |
| 07/21/16 | San Diego Nerve Study Center | Not Provided | (Needle electromyography) | 95885 | | | $140.00 | $185.00 | 1.058 | $195.73 | $140.00 | $0.00 | $0.00 | |
| 07/21/16 | San Diego Nerve Study Center | Not Provided | (Needle, sterile) | A4215 | | | $10.00 | $0.00 | 1.058 | $0.00 | $10.00 | $0.00 | $0.00 | This is a packaged service/item. |
| 06/29/17 | San Diego Nerve Study Center | Not Provided | (Nerve conduction studies; 5-6 studies) | 95909 | | | $412.50 | $485.00 | 1.058 | $513.13 | $0.00 | $0.00 | $0.00 | |
| 06/29/17 | San Diego Nerve Study Center | Not Provided | (Needle electromyography) | 95886 | | | $140.00 | $275.00 | 1.058 | $290.95 | $0.00 | $0.00 | $0.00 | |
| 06/29/17 | San Diego Nerve Study Center | Not Provided | (Needle, sterile) | A4215 | | | $10.00 | $0.00 | 1.058 | $0.00 | $0.00 | $0.00 | $0.00 | This is a packaged service/item. |
| | | | | | | | | | | | | | | The source of the third party payment is Blue Shield/Blue |
| **Totals** | | | | | | | **$1,416.87** | | | **$1,797.54** | **$854.37** | **$0.00** | **$0.00** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page numbers 313-314, 326.
Physicians' Fee Reference 2017. 34th ed. Milwaukee: Yale Wasserman DMD Medical, 2017. Print.  Page number 309.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page numbers 47, 746-747.
Davis, James B. Medical Fees. 2017 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2017. EBook.  Page numbers 746.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page numbers 477-478, 505.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2017. Print.  Page number 498.

Cameron/Lowes 001451
Tyson & Mendes, LLP

EXHIBIT 1-032

 **elevate**

## Gloria M. Shurman, Ph.D.

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/10/16 | Gloria M. Shurman, Ph.D. | Not Provided | Initial diagnostic interview | Not Provided | | 90791 | $350.00 | $250.00 | 1.058 | $264.50 | $0.00 | $0.00 | $350.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90791 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 08/16/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | $0.00 | $0.00 | $300.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 09/07/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | $0.00 | $0.00 | $300.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001452
Tyson & Mendes, LLP

EXHIBIT 1-033

 **elevate**

## Gloria M. Shurman, Ph.D.

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | $0.00 | $0.00 | $300.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.

The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 09/27/16 | Gloria M. Shurman, Ph.D. | Not Provided | Courtesy service | Not Provided | | | $0.00 | $0.00 | 1.058 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 10/04/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | $0.00 | $0.00 | $300.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.

The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001453
Tyson & Mendes, LLP

EXHIBIT 1-034



### Gloria M. Shurman, Ph.D.

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/16 | Gloria M. Shurman, Ph.D. | Not Provided | Individual psychotherapy 30 mins | Not Provided | | 90832 | $150.00 | $125.00 | 1.058 | $132.25 | $0.00 | $0.00 | $150.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90832 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 10/25/16 | Gloria M. Shurman, Ph.D. | Not Provided | Legal conference / atty | Not Provided | | | $150.00 | $0.00 | 1.058 | $0.00 | - | - | - | Charges were not for a medical service or treatment. |
| 10/27/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | - | - | $225.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001454
Tyson & Mendes, LLP

EXHIBIT 1-035



## Gloria M. Shurman, Ph.D.

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | - | - | $290.00 | A CPT (Current Procedural Terminology) code was not provided. For auditing purposes CPT code 90837 was applied based on the description of service. The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 11/02/16 | Gloria M. Shurman, Ph.D. | Not Provided | Psych testing: MMPI | Not Provided | | 96101 | $275.00 | $211.00 | 1.058 | $223.24 | - | - | - | A CPT (Current Procedural Terminology) code was not provided. For auditing purposes CPT code 96101 was applied based on the description of service. The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 11/17/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | - | - | $150.00 | A CPT (Current Procedural Terminology) code was not provided. For auditing purposes CPT code 90837 was applied based on the description of service. The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Revision May 10, 2018

Cameron/Lowes 001455
Tyson & Mendes, LLP

EXHIBIT 1-036



**Gloria M. Shurman, Ph.D.**

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | - | - | $150.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 12/20/16 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | - | - | - | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 01/24/17 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $375.00 | $195.00 | 1.058 | $206.31 | - | - | $340.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001456
Tyson & Mendes, LLP

EXHIBIT 1-037



## Gloria M. Shurman, Ph.D.

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/17 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | | $0.00 | $0.00 | 1.058 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 02/02/17 | Gloria M. Shurman, Ph.D. | Not Provided | Individual psychotherapy - 45 mins | Not Provided | | 90834 | $225.00 | $168.00 | 1.058 | $177.74 | - | - | $113.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90834 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 02/08/17 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $0.00 | $0.00 | 1.058 | $0.00 | $0.00 | $0.00 | $0.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service. |
| 02/23/17 | Gloria M. Shurman, Ph.D. | Not Provided | Individual psychotherapy - 45 mins | Not Provided | | 90834 | $225.00 | $168.00 | 1.058 | $177.74 | - | - | $113.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90834 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001457
Tyson & Mendes, LLP

EXHIBIT 1-038



Reasonable Expenses of Medical Care
Christine Cameron

## Gloria M. Shurman, Ph.D.

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/04/17 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $375.00 | $195.00 | 1.058 | $206.31 | - | - | $190.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 04/18/17 | Gloria M. Shurman, Ph.D. | Not Provided | Individual psychotherapy - 45 mins | Not Provided | | 90834 | $225.00 | $168.00 | 1.058 | $177.74 | - | - | $113.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90834 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 04/26/17 | Gloria M. Shurman, Ph.D. | Not Provided | Consult with physician - 30 minutes | Not Provided | | 99214 | $125.00 | $223.00 | 1.058 | $235.93 | - | - | $63.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 99214 was applied based on the description of service. |

Cameron/Lowes 001458
Tyson & Mendes, LLP

EXHIBIT 1-039



## Gloria M. Shurman, Ph.D.

| Provider Address: | 9834 Genesse Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-455-7535 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/10/17 | Gloria M. Shurman, Ph.D. | Not Provided | Ind psychotherapy-extended | Not Provided | | 90837 | $300.00 | $195.00 | 1.058 | $206.31 | - | - | $150.00 | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 90837 was applied based on the description of service.  The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 05/11/17 | Gloria M. Shurman, Ph.D. | Not Provided | No charge | Not Provided | | | $0.00 | $0.00 | 1.058 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Totals | | | | | | | $5,475.00 | | | $3,864.86 | - | - | $3,597.00 | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page numbers 286-287, 317.
Physicians' Fee Reference 2017. 34th ed. Milwaukee: Yale Wasserman DMD Medical, 2017. Print.  Page numbers 283, 324.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page numbers 678, 756.
Davis, James B. Medical Fees. 2017 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2017. EBook.  Page numbers 49, 679-680.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page numbers 445-446, 483.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2017. Print.  Page numbers 464, 530.

Revision May 10, 2018

35

Cameron/Lowes 001459
Tyson & Mendes, LLP

EXHIBIT 1-040



## Joseph Shurman, M.D.

| Provider Address: | P.O. Box 82086, San Diego, CA 92138-2086 / Service Location: Scripps Memorial Medical Office Building, 9834 Genesee Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-244-0110 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/16 | Joseph Shurman, M.D. | G90.523 (Complex regional pain syndrome 1 of lwr limb, bilateral) | Office/outpatient visit new | 99205 | | | $510.00 | $443.00 | 1.058 | $468.69 | $145.80 | $348.01 | $16.19 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 08/10/16 | Joseph Shurman, M.D. | G90.522 (Complex regional pain syndrome 1 of left lwr limb) | Office/outpatient visit new | 99215-25 | | | $340.00 | $295.00 | 1.058 | $312.11 | $98.22 | $230.87 | $10.91 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 08/10/16 | Joseph Shurman, M.D. | G90.522 | Drug screen, non-TLC devices | 80300-QW | | | $250.00 | $454.39 | 1.058 | $480.74 | $15.04 | $233.29 | $1.67 | |
| 08/16/16 | Joseph Shurman, M.D. | G90.522 | Office/Outpatient Visit Est | 99214 | | | $255.00 | $214.00 | 1.058 | $226.41 | $93.42 | $151.21 | $10.37 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 09/07/16 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99214 | | | $255.00 | $214.00 | 1.058 | $226.41 | $86.49 | $146.43 | $22.08 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 09/14/16 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99215 | | | $340.00 | $295.00 | 1.058 | $312.11 | $116.25 | $194.07 | $29.68 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 10/04/16 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99215 | | | $340.00 | $295.00 | 1.058 | $312.11 | $116.25 | $194.07 | $29.68 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |

Cameron/Lowes 001460
Tyson & Mendes, LLP

EXHIBIT 1-041



## Joseph Shurman, M.D.

| Provider Address: | P.O. Box 82086, San Diego, CA 92138-2086 / Service Location: Scripps Memorial Medical Office Building, 9834 Genesee Avenue, Suite 427, La Jolla, CA 92037 |
|---|---|
| Provider Phone Number: | 858-244-0110 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/16 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99215 | | | $340.00 | $295.00 | 1.058 | $312.11 | $116.25 | $194.07 | $29.68 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 12/06/16 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99215 | | | $340.00 | $295.00 | 1.058 | $312.11 | $116.25 | $194.07 | $29.68 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 01/24/17 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99215 | | | $340.00 | $308.00 | 1.058 | $325.86 | $0.00 | $191.15 | $148.85 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 04/04/17 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99215 | | | $340.00 | $308.00 | 1.058 | $325.86 | $114.37 | $195.86 | $0.00 | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 04/19/17 | Joseph Shurman, M.D. | G90.522 | Office/outpatient visit est | 99214 | | | $255.00 | $223.00 | 1.058 | $235.93 | - | - | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| | | | | | | | | | | | | | | The source of third party payment/adjustment is Blue Shield - Out of State. |
| **Totals** | | | | | | | **$3,905.00** | | | **$3,850.45** | **$1,018.34** | **$2,273.10** | **$328.79** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page number 326.
Physicians' Fee Reference 2017. 34th ed. Milwaukee: Yale Wasserman DMD Medical, 2017. Print.  Page number 324.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page numbers 48-49, 578.
Davis, James B. Medical Fees. 2017 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2017. EBook.  Page number 49.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page numbers 373, 506-507.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2017. Print.  Page numbers 530-531.

Cameron/Lowes 001461
Tyson & Mendes, LLP

EXHIBIT 1-042

 elevate

## Valley View Medical Center

| Provider Address: | P.O. Box 742622, Atlanta, GA 30374-2622 / Service Location: 5330 South Highway 95, Fort Mohave, AZ 86426-9225 |
|---|---|
| Provider Phone Number: | 928-788-2273 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/20/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 3 | | $554.40 | $195.00 | 0.967 | $188.57 | | | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 09/27/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 3 | | $554.40 | $195.00 | 0.967 | $188.57 | - | - | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 10/11/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 3 | | $554.40 | $195.00 | 0.967 | $188.57 | | | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 10/18/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 3 | | $554.40 | $195.00 | 0.967 | $188.57 | | | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 10/20/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 3 | | $554.40 | $195.00 | 0.967 | $188.57 | | | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 11/08/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 3 | | $554.40 | $195.00 | 0.967 | $188.57 | | | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 11/21/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 3 | | $554.40 | $195.00 | 0.967 | $188.57 | | | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| 11/30/16 | Valley View Medical Center | Not Provided | Aquatic therapy | 97113-GP | 2 | | $369.60 | $130.00 | 0.967 | $125.71 | | | - | The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| **Totals** | | | | | | | **$4,250.40** | | | **$1,445.70** | - | - | - | |

Cameron/Lowes 001462
Tyson & Mendes, LLP

EXHIBIT 1-043



## Valley View Medical Center

| Provider Address: | P.O. Box 742622, Atlanta, GA 30374-2622 / Service Location: 5330 South Highway 95, Fort Mohave, AZ 86426-9225 |
|---|---|
| Provider Phone Number: | 928-788-2273 |

Sources:

Find A Code LLC "Find A Code" Medical and Billing Resource. Web.

Official Disability Guidelines. Work Loss Data Institute. MCG Health. Web.

Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page number 321.

Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page number 764.

OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page number 487.

Cameron/Lowes 001463
Tyson & Mendes, LLP

EXHIBIT 1-044



**(Western Arizona Regional Medical Center - Physician) / Linda Assaf, D.O.**

| Provider Address: | 2735 Silver Creek Road, Bullhead City, AZ 86442 |
|---|---|
| Provider Phone Number: | 928-763-2273 |

| Date | Provider | Diagnosis Code | Description | Code Billed | Units | Applied Code | Amount Billed | National U&C | Geographic Modifier | Reasonable Expenses | Amount Paid by Third Party | Amount Adjusted | Amount Paid by Patient | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/16 | Linda Assaf, D.O. | Not Provided | Emergency Department Visit | Not Provided | | 99285 | $1,213.00 | $1,071.00 | 0.967 | $1,035.66 | - | $1,015.43 | - | A CPT (Current Procedural Terminology) code was not provided.  For auditing purposes CPT code 99285 was applied based on the description of service.<br><br>The reasonable expense is based on the Physicians' Fee Reference 75th percentile for Usual and Customary. |
| | | | | | | | | | | | | | | The source of the third party adjustment is Blue Shield of Arizona. |
| **Totals** | | | | | | | **$1,213.00** | | | **$1,035.66** | **-** | **$1,015.43** | **-** | |

Sources:
Find A Code LLC "Find A Code" Medical and Billing Resource. Web.
Physicians' Fee Reference 2016. 33rd ed. Milwaukee: Yale Wasserman DMD Medical, 2016. Print.  Page number 331.
Davis, James B. Medical Fees. 2016 ed. Los Angeles, CA: Practice Management Information Corporation (PMIC), 2016. EBook.  Page number 58.
OptumInsight, Inc. National Fee Analyzer. N.p.: OptumInsight, 2016. Print.  Page number 514.

Cameron/Lowes 001464
Tyson & Mendes, LLP

EXHIBIT 1-045



**Official Disability Guidelines**

| Diagnosis Code | Description |
|---|---|
| G90.522 | **Complex regional pain syndrome of left lower limb**<br>No specific treatment guidelines |
| M25.572 | **Pain in left ankle**<br>Physical Therapy Guidelines:<br>9 visits over 8 weeks |
| M54.2 | **Cervicalgia**<br>**Physical Therapy Guidelines:**<br>Allow for fading of treatment frequency (from up to 3 visits per week to 1 or less), plus active self-directed home PT<br>9 visits over 8 weeks<br>**Chiropractic Guidelines:**<br>(If not contraindicated by risk of stroke)<br>9 visits over 8 weeks |
| M54.6 | **Pain in thoracic spine**<br>No specific treatment uidelines |
| M79.672 | **Pain in left foot**<br>No specific treatment guidelines |
| M99.01 | **Segmental and somatic dysfunction of cervical region**<br>**Chiropractic Guidelines:**<br>(If not contraindicated by risk of stroke)<br>Mild: 2 visits over 1 week<br>Severe: Trial of 2 visits over 1 week<br>Severe: With evidence of objective functional improvement, total of up to 6-10 visits over 3-8 weeks, avoid chronicity |
| M99.02 | **Segmental and somatic dysfunction of thoracic region**<br>**Chiropractic Guidelines:**<br>Mild: 2 visits over 1 week<br>Severe: Trial of 2 visits over 1 week<br>Severe: With evidence of objective functional improvement, total of up to 6-10 visits over 3-8 weeks, avoid chronicity |

Cameron/Lowes 001465
Tyson & Mendes, LLP

EXHIBIT 1-046



**Missing Records List**

| Provider | Missing Record Description | Comments |
|---|---|---|
| Lars Newsome, M.D.<br>Pain Medicine<br><br>(Demographics Unknown) | Any and all records concerning billing charges on standard billing forms with diagnosis and procedure codes, including but not limited to HCFA 1500 and UB-04 forms and any and all statements reflecting payments and adjustments made by or on behalf of the patient. | Billing records of physician fees for two lumbar sympathetic ganglion block on 08/12/16 and 09/13/16 were not available for review.<br><br>(SDT Resp. - La Jolla Orthopedic Surgical Center [01.18.18] [01288315xDBB43], PDF Pages 9, 31) |
| Western Arizona Regional Medical Center<br>2735 Silver Creek Road<br>Bullhead City, AZ 86442<br>928-763-2273 | Any and all records concerning billing charges on standard billing forms with diagnosis and procedure codes, including but not limited to HCFA 1500 and UB-04 forms and any and all statements reflecting payments and adjustments made by or on behalf of the patient. | Billing records from 02/03/16 (emergency department facility bills) were not available for review.<br><br>(Medical bills, PDF Page 39) |
| Valley View Medical Center<br>P.O. Box 630931<br>Cincinnati, OH 45263<br><br>5330 South Highway 95<br>Fort Mohave, AZ 86426<br>928-788-2273 | Any and all records concerning billing charges on standard billing forms with diagnosis and procedure codes, including but not limited to HCFA 1500 and UB-04 forms and any and all statements reflecting payments and adjustments made by or on behalf of the patient. | Billing records from 03/22/16 (facility fees), physical therapy treatment from 08/29/16 to 10/18/16, and MRI study on 03/22/16 were not available for review.<br><br>(Valley View Medical Center, PDF Page 2)<br>(SDT Resp. - Valley View Medical Center [02.02.18] [01282372xDBB43], PDF Pages 17-36)<br>(Medical bills, PDF Page 34) |
| Leslie Doi, M.D.<br>Radiology<br><br>(Demographics Unknown) | Any and all records concerning billing charges on standard billing forms with diagnosis and procedure codes, including but not limited to HCFA 1500 and UB-04 forms and any and all statements reflecting payments and adjustments made by or on behalf of the patient. | Billing records of physician fees for radiology services performed on 02/03/16 at Western Arizona Regional Medical Center were not available for review.<br><br>(00156-00205 SDT Resp. - Nabila Aslam MD [01273313xDBB43], PDF Page 44) |
| CVS Pharmacy<br>2350 Miracle Mile<br>Bullhead City, AZ 86442 | Any and all records concerning billing charges on standard billing forms with diagnosis and procedure codes, including but not limited to HCFA 1500 and UB-04 forms and any and all statements reflecting payments and adjustments made by or on behalf of the patient. | An itemized billing record of the total amount billed for prescriptions is necessary for auditing purposes.<br><br>(SDT Resp. - CVS Caremark [03.26.18] [01374454xDBB43], PDF Pages 2-4) |

Revision May 10, 2018

Cameron/Lowes 001466
Tyson & Mendes, LLP

EXHIBIT 1-047



## Methodology

I was asked to review the billing statements and associated records of past medical care for the purposes of determining the reasonable expense of that care in alignment with the national and local medical marketplace.  The methodology is based on applying universally accepted health care systems that have been established and used nationally in the health care industry and includes an analysis of the Medical

Medical coding is a classification system that includes International Classification of Diseases, Ninth Revision (ICD-9); International Classification of Diseases, Tenth Revision (ICD-10); Current Procedural Terminology (CPT); Healthcare Common Procedure Coding System (HCPCS); Ambulatory Payment Classification (APC) codes; Diagnosis-Related Group (DRG); and National Drug Code (NDC) codes.  Medical coding is the process of transforming descriptions of services or items into universal numerical medical codes.  These codes are the common language of the health care industry.  The National Correct Coding Initiative (NCCI) is the organization that promotes correct coding methodologies and reduces improper coding.  All national coding rules are applied in the analysis in accordance with these rules and regulations.

There are very limited pricing sources in the health care ecosystem.  Thus, universal use and application of source selections in this methodology are national in scope and industry wide.

The sources below are based on national standardized fee databases.  These are the primary sources used by both providers and facilities to set their fee schedules, as well as payers to establish reimbursement.

Medical charge information is reviewed and organized to identify and confirm that services after the date of injury were injury-related charges, that the charges are based on proper medical coding, and that overt billing discrepancies are isolated.  Services are then reviewed based on the provider type and the code set utilized to bill the services, and the standardized fee references identified below are used to determine the reasonable expense of care.

Geographic adjustments are applied based on the city and/or zip code of service location for parity, as found in the fee reference.

## Sources

### Professional Services Source Rationale and Methodology

Professional services are reviewed based on Current Procedural Terminology (CPT) coding, and reasonable values are assigned utilizing the Physicians' Fee Reference at the 75th percentile for Usual and Customary.  The CPT codes are reviewed for National Correct Coding Initiative (NCCI) edits and American Medical Association (AMA) coding guidelines for proper use of CPT codes.  Codes with associated NCCI edits or restrictions are reviewed accordingly.

The Physicians' Fee Reference is the industry standard for professional service fee values, and is the most widely used, accepted, and geographically specific national data source based on government data and individual provider surveys.

The Physicians' Fee Reference displays its fee information using percentiles at the 50th, 75th, and 90th percentiles.  The 75th percentile is defined as the dollar amount for which three quarters of all of the fee amounts in the universe of all fees for that procedure are lower than or equal to, while the other quarter are greater. The 75th percentile is utilized because it is the mid-range of the pricing options, and although the 50th percentile is the median of national billing practices, the 75th percentile is a generous representation of market values.

### Outpatient Services Source Rationale and Methodology

Outpatient hospital services are codified based on the APC (Ambulatory Payment Classification) system for outpatient services.  Hospital charges were compared to published databases, American Hospital Directory, and Agency for Healthcare Research and Quality (AHRQ-HCUP).  The audit of outpatient services is based on data from the Department of Health and Human Services.

Outpatient and Ambulatory Surgical Center Services are valued based on the procedure performed as described by the CPT code and application of the Ambulatory Payment Classification (APC) code, National Correct Coding Initiative (NCCI) Edits, and American Medical Association (AMA) coding guidelines.  The APC values are published in the Federal Register.  A geographic modifier is applied to determine geographic specificity for the services and charges billed.  The results are validated utilizing database research for the APC code in the geographic location where the services were performed using historical, fact-based data from the American Hospital Directory.

Cameron/Lowes 001467
Tyson & Mendes, LLP

EXHIBIT 1-048



**Methodology**

**Inpatient Services Source Rationale and Methodology**

Inpatient hospital services are codified based on the DRG (Diagnosis Related Group) for inpatient services.  Hospital charges were compared to published databases, American Hospital Directory, and Agency for Healthcare Research and Quality (AHRQ-HCUP).  The audit of inpatient services is based on data from the Department of Health and Human Services.

The reasonable value of inpatient services is based on the billed charges, length of stay, DRG code, and discharge status.  Geographic specificity is determined by the IDME and Wage Index.  Billed charges are ascertained from the billing documentation.  Length of stay is identified in the medical and billing documentation.  DRG codes are assigned by the facility provider and abstracted from completed UB-04 forms (the standardized national billing form).  When a DRG code is not associated with the billing documents, the appropriate DRG code is assigned based on medical record documentation, diagnosis codes, and CPT codes.  The discharge status is assigned through standard classification system.  These four pieces of information are populated into the DRG calculation formula, resulting in the DRG global value.  The DRG formula, IDME, and Wage Index are published in the Federal Register. The results are validated utilizing database research for the DRG code in the geographic location where the services were performed utilizing historical, fact-based data from the American Hospital Directory.

Cameron/Lowes 001468
Tyson & Mendes, LLP

EXHIBIT 1-049



## Process

The medical records and billing records were carefully reviewed, and the following items (when available) were entered onto a spreadsheet utilizing the following categories:

- Provider of care
- Date of service
- Description of service
- Amount charged
- Diagnosis Codes
- Identifying Codes – CPT, HCPCS, APC, DRG, and NDC
  - CPT (Current Procedural Terminology) codes describe medical, surgical, and diagnostic services.  If not available, a CPT code was assigned when appropriate.
  - HCPCS (Healthcare Common Procedure Coding System) codes are used for durable medical equipment and supplies.  If not available, an HCPCS code was assigned when appropriate.documentation and billing description.
  - APC (Ambulatory Common Classification) codes identify outpatient facility services and are applied based on CPT codes.  If not available, an APC code was assigned when appropriate.
  - DRG (Diagnosis-Related Group) codes identify inpatient hospital services.  If not available, a DRG code was assigned when appropriate.
  - NDC (National Drug Code) codes identify prescribed drugs/medications.  If not available, an NDC code was assigned when appropriate.

After the information was extrapolated and found to be related to the matter at hand, the reasonable value of the medical services was determined based on the following:

- Identification of correct coding was based on NCCI (National Correct Coding Initiative) data for the billed services.
- For medical services, the usual and customary (U&C) value of the 75th percentile rate was applied.  The U&C value was then multiplied by a geographic modifier conversion factor, based on the provider's location, to arrive at the Local U&C amount.  These values were obtained from professional fee databases published by the following companies:
  - Wasserman – Physicians' Fee Reference (The Physicians' Fee Reference (PFR), Yale Wassermann, DMD Medical Publishers, Ltd.)
  - OptumInsight (National Fee Analyzer)
  - Context4Healthcare Inc.  Medical Fees Practice Management Information Corporation (PMIC)
- Hospital charges were compared to published databases, which include the American Hospital Directory and the Agency for Healthcare Research and Quality (AHRQ-HCUP).  Hospital charges and reimbursements were based on the DRG (diagnosis related group) for each hospital admission.  The DRG is assigned by the hospital to each inpatient stay based on the principal diagnosis and additional diagnoses, as well as the principal procedure and additional procedures.
- Outpatient and Ambulatory Surgery Center charges were reviewed utilizing the Ambulatory Payment Classification (APC) system and published hospital databases based on the APC and CPT coding systems.
- Pharmacy charges were reviewed utilizing the NDC or HCPCS code and the corresponding average wholesale price (AWP) for the drug using Micromedex® Solutions' Red Book®.
- Durable medical equipment and supply charges were audited based on the corresponding HCPCS code and its reimbursement fee schedule.

Revision May 10, 2018

Cameron/Lowes 001469
Tyson & Mendes, LLP

EXHIBIT 1-050



## Comparative Analysis

### Professional Services Comparison

| Name | Specialty | Amount Billed | Reasonable Expense | PMIC Medical Fees | Optum National Fee Analyzer |
|------|-----------|--------------:|-------------------:|------------------:|----------------------------:|
| Western Arizona Regional Medical Center<br><br>Linda Assaf, D.O. | Emergency Medicine | $1,213.00 | $1,035.66 | $1,226.00 | $1,071.14 |
| Scott I. Boggs, D.P.M. | Podiatry | $1,205.00 | $970.45 | $1,060.53 | $1,079.81 |
| First Chiropractic<br><br>Kara J. Holden, D.C.<br>Derek Price, D.C. | Chiropractic | $1,803.25 | $1,357.60 | $1,624.00 | $1,552.36 |
| Palo Verde Foot and Ankle, PLLC | Podiatry | $400.00 | $488.34 | $521.00 | $535.45 |
| Joseph Shurman, M.D. | Pain Management | $3,905.00 | $3,850.45 | $3,340.00 | $4,041.83 |
| L J Torrey Pines Orthopaedic Medical Group, Inc.<br><br>David J. Dalstrom, M.D. | Orthopedics | $340.00 | $363.95 | $342.00 | $334.96 |
| San Diego Nerve Study Center | Neurology | $1,416.87 | $1,797.54 | $1,922.00 | $2,086.86 |
| Gloria M. Shurman, Ph.D. | Psychology | $5,475.00 | $3,864.86 | $3,659.00 | $4,068.73 |
| RDM Physical Therapy, Inc. | Physical Therapy | $491.00 | $707.79 | $728.00 | $796.51 |
| Valley View Medical Center | Medical Center | $4,250.40 | $1,445.70 | $1,725.00 | $2,014.57 |
| **Totals** | | **$20,499.52** | **$15,882.34** | **$16,147.53** | **$17,582.22** |

Cameron/Lowes 001470
Tyson & Mendes, LLP

EXHIBIT 1-051



## Comparative Analysis

### Outpatient Services - Selected APC Statistics[3]

**APC 5442 - Level 2 Nerve Injections    050757 - Alvarado Hospital Medical Center, San Diego, CA**

| APC | Total Payment | Number Patient Claims | Units of Services | Average Charges | Average Cost | Average Payment | National Average Charge |
|---|---|---|---|---|---|---|---|
| 5442 | $26,884 | 41 | 44 | $1,778 | $264 | $611 | $2,071 |

This page last updated 01/17/2017.

**APC 5442 - Level 2 Nerve Injections    050424 - Scripps Green Hospital, La Jolla, CA**

| APC | Total Payment | Number Patient Claims | Units of Services | Average Charges | Average Cost | Average Payment | National Average Charge |
|---|---|---|---|---|---|---|---|
| 5442 | $20,737 | 30 | 31 | $1,948 | $189 | $669 | $2,071 |

This page last updated 01/17/2017.

**APC 5442 - Level 2 Nerve Injections    050324 - Scripps Memorial Hospital La Jolla, La Jolla, CA**

| APC | Total Payment | Number Patient Claims | Units of Services | Average Charges | Average Cost | Average Payment | National Average Charge |
|---|---|---|---|---|---|---|---|
| 5442 | $40,796 | 60 | 60 | $8,787 | $733 | $680 | $2,071 |

This page last updated 01/17/2017.

[3] Statistics obtained from www.AHD.com.

Cameron/Lowes 001471
Tyson & Mendes, LLP

EXHIBIT 1-052